WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-17-1066-01-PHX-SPL |
| Plaintiff, | |
| v. | **ORDER OF DETENTION** |
| Ramon Del Sol Puerto, | |
| Defendant. | |

A detention hearing and a preliminary revocation hearing on the Petition on Supervised Release were held on May 14, 2019.

The Court considered the information provided to the Court, the arguments of counsel, and testimony in determining whether Defendant should be released on conditions set by the Court.

The Court Finds that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is not a serious flight risk. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

The Court Further Finds probable cause exists that the Defendant violated Allegation A, Standard Condition No. 5 of the Petition.

IT IS ORDERED that the Defendant shall be detained pending further order of the court.

Dated this 14th day of May, 2019.

Honorable John Z. Boyle
United States Magistrate Judge